UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
In re:

       ELI MORDECHAI BOBKER,

                            Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

CHAPTER 11

CASE NO.: 16-23682 (RDD)

## ORDER ADJOURNING LOSS MITIGATION STATUS CONFERENCE

      It appearing that the above debtor, Eli Mordechai Bobker, has requested Loss Mitigation under General Order M-413 with Ocwen Loan Servicing, LLC, under loan number ****4758, over the property located at 2 Holly Lane, Lawrence, NY 11559; and it further appearing that this Court entered an order on or about February 15, 2017 (Dkt. No. #31) granting such request; and it further appearing that the parties have been cooperating with respect to the present Loss Mitigation and that it was agreed at the Status Conference on September 22, 2017 to adjourn the Conference as provided herein; and good cause appearing therefor, it is hereby

      **ORDERED**, that the Loss Mitigation Status Conference will be held on December 20, 2017 at 10:00 AM in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on the conditions stated at the September 22, 2017 Conference.

Dated: White Plains, New York
       September 22, 2017

                                                           /s/Robert D. Drain
                                                           Honorable Robert D. Drain
                                                           U.S. Bankruptcy Judge