UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE

        ELI MORDECHAI BOBKER

                DEBTOR

CHAPTER 11

CASE NO. 16-23682 (RDD)

---

**AMENDED ORDER APPROVING AMENDED PERMANENT LOAN MODIFICATION AGREEMENT WITH JPMORGAN CHASE BANK, N.A.**

      This Court entered an order on June 13, 2017 [Dkt. No. 62] (the "Prior Order") granting the motion referred to below and approving a permanent loan modification agreement between the debtor herein and JPMorgan Chase Bank, N.A. Counsel for JPMorgan Chase Bank, N.A. has requested the Court to enter the form of this Amended Order to modify and supersede the Prior Order based on the fact that the debtor and JPMorgan Chase Bank, N.A. have entered into an amended permanent loan modification agreement on improved terms for the debtor. After due deliberation and sufficient cause appearing, the Court grants such request under Fed. R. Bankr. P. 9024; accordingly, this Amended Order modifies and supersedes the Prior Order in its entirely as provided below:

      Upon the motion, by notice of presentment dated May 23, 2017 (the "Motion"), for an order pursuant to Fed. R. Bankr. P. 9019 and General Order #M-413 approving the entry into and performance by the debtor herein, Eli Mordechai Bobker (the "Debtor") of a permanent loan modification agreement effective September 1, 2017, a copy of which is attached hereto as an exhibit (the "Loan Modification"), with JPMorgan Chase Bank, N.A. (with any subsequent successor or assign, "Chase"), which modifies the loan referred to therein and related Home Equity Line of Credit and mortgage on the Debtor's real proerty located at 2 Holly Lane,

1

Lawrence, NY 11559 (the "Property"); and there being due and sufficient notice of the Motion, and there being no opposition to the requested relief, and no additional notice of a hearing on the Motion being required under the circumstances; and it appearing that the Loan Modification is fair and reasonable and in the best interest of the Debtor and his estate, it is hereby

**ORDERED** that the Motion is granted, the Loan Modification is approved, and the Debtor and Chase are authorized to perform it according to its terms, subject to any bankruptcy discharge of the Debtor's personal obligations thereunder; and it is further

**ORDERED** that any timely proof of claim filed in this case based upon the loan and/or the mortgage covered by the Loan Modification shall be deemed to be modified by and conform to the Loan Modification; and it is further

**ORDERED** that any discontinuance of any foreclosure action brought by Chase in state court affecting the Property is approved by this Court, and any steps taken to discontinue any such foreclosure action affecting the Property will not be deemed a violation of the automatic stay under 11 U.S.C. § 362(a).

Dated: White Plains, New York
May 4, 2018

/s/Robert D. Drain
United States Bankruptcy Judge